**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-00853-01-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Ronald Uthe, | |
| Defendant. | |

On March 1, 2019, due to counsel's personal illness, the government moved for a second extension through March 4, 2019 (Doc. 41) to file its responses to Defendant Ronald Uthe's motions to dismiss the indictment and to suppress the search warrant (Docs. 35, 37, 32). Defendant does not oppose the extension, and the government has since filed its responses. Docs. 41, 42, 45, 46. The Court will grant the extension.

The government has lodged and moves to seal Attachments E, M, and O of its response to Defendant's motion to suppress. Docs. 43, 44. The identified attachments include personal and financial information about Defendant and his household and children. Given the sensitivity and modest amount of the information that will be sealed, compelling reasons justify sealing the identified documents. *See Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 677-78 (9th Cir. 2010) (citing *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006)).

/ / /

/ / /

1     **IT IS ORDERED** that the government's motions to seal and for an extension (Docs. 41, 43) are **granted**.

Dated this 5 day of March, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge